IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Holifield, Colleen | Case Number: 08 B 07501 |
| | Judge: Hollis, Pamela S |
| Printed: 9/23/08 | Filed: 3/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 582.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 544.17 |
| Trustee Fee: | | 37.83 |
| Other Funds: | | 0.00 |
| Totals: | 582.00 | 582.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,854.00 | 544.17 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 12,258.39 | 0.00 |
| 4. | Internal Revenue Service | Priority | 2,805.00 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 61.52 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 64.94 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 87.50 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 32.52 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 38.50 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 540.89 | 0.00 |
| 11. | Portfolio Acquisitions | Unsecured | 82.21 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 68.62 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 49.70 | 0.00 |
| 14. | Monterey Collection Service | Unsecured | | No Claim Filed |
| 15. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 16. | Aspen Gold Mastercard | Unsecured | | No Claim Filed |
| 17. | CFS-SunTech Servicing | Unsecured | | No Claim Filed |
| 18. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 19. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 20. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 21. | Citibank | Unsecured | | No Claim Filed |
| 22. | RWDS660-DSB | Unsecured | | No Claim Filed |
| 23. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 24. | Edfinancial Services | Unsecured | | No Claim Filed |
| 25. | TCF Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Holifield, Colleen | Case Number: 08 B 07501 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 3/28/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Sprint | Unsecured | | No Claim Filed |
| 27. | USA Credit | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,943.79 | $ 544.17 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 37.83 |
| | _____ |
| | $ 37.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____